Appeals for the Seventh Circuit denied. *Solicitor General Biggs* and *Mr. Erwin N. Griswold* for the United States. *Mr. George I. Haight* for respondents.

No. 523. BROWN SHOE CO. *v.* CARNS, TRUSTEE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph T. Finley, James C. Jones, Lon O. Hocker, Frank H. Sullivan, James C. Jones, Jr., Frank Y. Gladney,* and *Wm. O. Reeder* for petitioner. *Messrs. Patrick H. Cullen* and *Thos. T. Fauntleroy* for respondent.

No. 528. CRUCIBLE STEEL CASTING CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George M. Morris* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *S. Dee Hanson* for respondent.

No. 530. WELLS, RECEIVER, *v.* SIMONS. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thos. C. Ridgway* for petitioner. No appearance for respondent.

No. 532. GREENHUT, TRUSTEE IN BANKRUPTCY, *v.* NATIONAL COMMERCIAL TITLE & MORTGAGE GUARANTY CO. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit de-

nied. *Messrs. Maurice J. Zucker* and *Louis D. Goldberg* for petitioner. *Mr. Francis Lafferty* for respondent. ■

No. 533. GREENHUT, TRUSTEE IN BANKRUPTCY, *v.* ASSSOCIATED COMPANY. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messsrs. Maurice J. Zucker* and *Louis D. Goldberg* for petitioner. *Mr. Francis Lafferty* for respondent.

No. 536. ALTVATER ET AL. *v.* FREEMAN ET AL. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Samuel E. Darby, Jr.,* and *Lawrence C. Kingsland* for petitioners. *Messrs. John H. Bruninga, Charles E. Riordon,* and *C. Russell Riordon* for respondents.

No. 537. ROSENBERG ET AL. *v.* LEWIS, COLLECTOR OF INTERNAL REVENUE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Adolphus E. Graupner* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 540. CURTISS-WRIGHT FLYING SERVICE, INC. *v.* GLOSE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Henry G. Hotchkiss* and *James D. Carpenter, Jr.,* for petitioner. *Mr. John W. Griffin* for respondent.